1  MARINA C. TSATALIS, State Bar No. 178897
   KORAY J. BULUT, State Bar No. 230298
2  ALEXANDRA R. PAVLIDAKIS, State Bar No. 267895
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   One Market Plaza
4  Spear Tower, Ste. 3300
   San Francisco, CA 94105
5  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
6  Email: kbulut@wsgr.com

7  Attorneys for Defendants
   SKS OCULAR, LLC, SKS OCULAR 1, LLC,
8  JASON SLAKTER, GLENN STOLLER

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | JEANMARIE GUENOT,                    ) CASE NO.: CV 13 1875 (DMR)
                                          )
14 |         Plaintiff,                   ) JOINT STIPULATION AND
                                          ) [PROPOSED] ORDER REGARDING
15 |     v.                               ) SERVICE OF PROCESS & AN
                                          ) EXTENSION OF DEFENDANTS'
16 | SKS OCULAR, LLC, a Delaware limited  ) TIME TO RESPOND TO
     liability company; SKS OCULAR 1, LLC,) PLAINTIFF'S COMPLAINT
17 | a Delaware limited liability company; JASON )
     SLAKTER, an individual; GLENN STOLLER,) Complaint Filed: April 24, 2013
18 | an individual; and DOES 1-10, inclusive,) Trial Date: None Set
                                          )
19 |         Defendants.                  )
                                          )
20 |_____ )

21      Defendants SKS Ocular, LLC; SKS Ocular 1, LLC; Jason Slakter; and Glenn Stoller

22 ("Defendants") and Plaintiff Jeanmarie Guenot ("Plaintiff") (collectively referred to herein as the

23 "Parties"), by and through their undersigned counsel, hereby jointly enter into the following

24 Stipulation:

25      WHEREAS, Plaintiff filed a Complaint in the United States District Court, Northern

26 District of California, Oakland Division, Case No. CV 13 1875 (DMR) on April 24, 2013;

27

28 | JOINT STIPULATION AND [PROPOSED]                    2013-05-17 SKS_Guenot Stipulation re
     ORDER REGARDING SERVICE OF                             Service_(palib1_5578314_2)
     PROCESS & AN EXTENSION OF
     DEFENDANTS' TIME TO RESPOND TO
     PLAINTIFF'S COMPLAINT
     CASE NO. CV 13 1875 (DMR)

WHEREAS, the Parties have agreed to a single and uniform response date for all Defendants.

NOW THEREFORE, the Parties hereby stipulate that (1) Defendants shall file a responsive pleading no later than June 7, 2013; and (2) Defendants agree that service of process has been effected on all Defendants and will not contend otherwise in their responsive pleading

SO STIPULATED:

Dated: May 17, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Koray J. Bulut

Attorneys for Defendants
SKS OCULAR, LLC, SKS OCULAR 1, LLC, JASON SLAKTER, and GLENN STOLLER

Dated: May 17, 2013

SV EMPLOYMENT LAW FIRM

By: _____
Steven L. Friedlander
Attorneys for Plaintiff
JEANMARIE GUENOT

Based upon the above stipulation and for good cause appearing, IT IS SO ORDERED.

Dated: 6/11, 2013

By: _____
~~HONORABLE DONNA M. RYU~~ Susan Illston
United States District Court

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS & AN EXTENSION OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. CV 13 1875(DMR)

-1-

2013-05-17 SKS_Guenot Stipulation re Service_(palib1_5578314_2)