MARINA C. TSATALIS, State Bar No. 178897
KORAY J. BULUT, State Bar No. 230298
ALEXANDRA R. PAVLIDAKIS, State Bar No. 267895
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Ste. 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: kbulut@wsgr.com

Attorneys for Defendants
SKS OCULAR, LLC, SKS OCULAR 1, LLC,
JASON SLAKTER, GLENN STOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEANMARIE GUENOT,<br><br>Plaintiff,<br><br>v.<br><br>SKS OCULAR, LLC, a Delaware limited liability company; SKS OCULAR 1, LLC, a Delaware limited liability company; JASON SLAKTER, an individual; GLENN STOLLER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: CV 13 1875 (DMR)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS & AN EXTENSION OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Complaint Filed: April 24, 2013<br>Trial Date: None Set |

Defendants SKS Ocular, LLC; SKS Ocular 1, LLC; Jason Slakter; and Glenn Stoller ("Defendants") and Plaintiff Jeanmarie Guenot ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby jointly enter into the following Stipulation:

WHEREAS, Plaintiff filed a Complaint in the United States District Court, Northern District of California, Oakland Division, Case No. CV 13 1875 (DMR) on April 24, 2013;

JOINT STIPULATION AND [PROPOSED]
ORDER REGARDING SERVICE OF
PROCESS & AN EXTENSION OF
DEFENDANTS' TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT
CASE NO. CV 13 1875 (DMR)

2013-05-17 SKS_Guenot Stipulation re
Service_(palib1_5578314_2)

1  WHEREAS, the Parties have agreed to a single and uniform response date for all
2  Defendants.
3  NOW THEREFORE, the Parties hereby stipulate that (1) Defendants shall file a
4  responsive pleading no later than June 7, 2013; and (2) Defendants agree that service of process
5  has been effected on all Defendants and will not contend otherwise in their responsive pleading

7  SO STIPULATED:
8  Dated: May 17, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Koray J. Bulut

Attorneys for Defendants
SKS OCULAR, LLC, SKS OCULAR 1, LLC, JASON SLAKTER, and GLENN STOLLER

15  Dated: May 17, 2013

SV EMPLOYMENT LAW FIRM

By: _____
Steven L. Friedlander
Attorneys for Plaintiff
JEANMARIE GUENOT

20  Based upon the above stipulation and for good cause appearing, IT IS SO ORDERED.
21  Dated:  6/11  , 2013

By: _____
HONORABLE DONNA M. RYU
United States District Court

28  JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS & AN EXTENSION OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. CV 13 1875(DMR)

-1-

2013-05-17 SKS_Guenot Stipulation re Service_(palib1_5578314_2)