IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANMARIE GUENOT, | No. C 13-1875 SI |
| Plaintiff, | **ORDER RE: INQUIRY RE PAYMENT OF MEDIATOR'S FEES** |
| v. | |
| SKS OCULAR, LLC, et al., | |
| Defendants. | |

In a letter to the Court dated August 9, 2013, counsel describe a dispute concerning how the cost of the private mediator they have selected should be divided between them.

The Court will not make any decision on the question at this time. The parties may use the ADR services provided by the Court, which are free; or they may choose to use a private provider, which generally is not free. The initial allocation of the cost of private mediation should be agreed on between them. Any reallocation, based on the equities or legal merits of the claims, should be sought after resolution of the case.

**IT IS SO ORDERED.**

Dated: August 15, 2013

_____
SUSAN ILLSTON
United States District Judge