1  MARINA C. TSATALIS, State Bar No. 178897
   KORAY J. BULUT, State Bar No. 230298
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  One Market Plaza
   Spear Tower, Ste. 3300
4  San Francisco, CA 94105
   Telephone: (415) 947-2000
5  Facsimile: (415) 947-2099
   Email: kbulut@wsgr.com
6
   Attorneys for Defendants
7  SKS OCULAR, LLC, SKS OCULAR 1, LLC,
   JASON SLAKTER, GLENN STOLLER
8

9                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

| | |
|---|---|
| JEANMARIE GUENOT, | CASE NO.: CV 13 1875 (SI) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR MODIFICATION OF PRETRIAL PREPARATION ORDER** |
| v. | |
| SKS OCULAR, LLC, a Delaware limited liability company; SKS OCULAR 1, LLC, a Delaware limited liability company; JASON SLAKTER, an individual; GLENN STOLLER, an individual; and DOES 1-10, inclusive, | |
| Defendants. | Before: The Honorable Susan Illston |
| | Complaint Filed: April 24, 2013 |
| | Trial Date: August 25, 2014 |
| SKS OCULAR, LLC, a Delaware limited liability company | |
| Counter-Plaintiff, | |
| v. | |
| JEANMARIE GUENOT, | |
| Counter-Defendant. | |

JOINT STIP & [PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE FOR MSJ & MODIFICATION
OF PRETRIAL PREPARATION ORDER
CASE NO. CV 13 1875 (SI)

5952117v1

Defendants SKS Ocular, LLC; SKS Ocular 1, LLC; Jason Slakter; and Glenn Stoller ("Defendants") and Plaintiff Jeanmarie Guenot ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby jointly enter into the following Stipulation:

WHEREAS, Plaintiff filed a Motion for Partial Summary Judgment (the "Motion") on November 26, 2013;

WHEREAS, the Parties entered into a stipulation dated December 4, 2013 and entered by the Court on December 5, 2013, which extended the briefing schedule for the Motion;

WHEREAS, the Parties entered into a stipulation dated December 15, 2013 and entered by the Court on December 16, 2014, which further extended the briefing schedule for the Motion so that Plaintiff could depose SKS Ocular, LLC and SKS Ocular 1, LLC's 30(b)(6) designee, Jason Slakter ("Slakter"), prior to filing her Reply brief to the Motion;

WHEREAS, the parties mutually agreed to schedule Slakter's deposition for January 31, 2014, but Slakter is now unable to appear for his deposition on that date due to a serious medical condition;

WHEREAS, the first mutually agreeable date to reschedule Slakter's deposition is February 13, 2014;

WHEREAS, the Parties have agreed to further extend the briefing schedule for the Motion so that Plaintiff may have Slakter's 30(b)(6) deposition testimony in preparing her Reply brief to the Motion;

WHEREAS, the Parties have agreed to further extend the deadline by which to complete non-expert discovery, currently set for March 14, 2014 to March 31, 2014, so that, following the deposition of Slakter, any further discovery may be timely issued prior to the deadline;

WHEREAS, the Parties have agreed to further extend the deadline by which to designate experts, currently set for March 14, 2014 to April 11, 2014, so that the Parties may have sufficient time to consider their expert designations following the close of non-expert discovery; and

JOINT STIP & [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR MSJ & MODIFICATION OF PRETRIAL PREPARATION ORDER
CASE NO. CV 13 1875(SI)

-1-

1  WHEREAS, to conserve resources and avoid unnecessary expense, the Parties have
2  agreed to reschedule the Case Management Conference, currently scheduled for February 28,
3  2013, to the same day on which the Court holds a hearing on the Motion, which shall be held at
4  the Court's earliest convenience following briefing on the Motion.

5  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
6  subject to approval of the Court, that:

7  1. The 30(b)(6) witness of the corporate defendants will be produced for deposition on
8  February 13, 2014.

9  2. Plaintiff's Reply brief on her Motion for Partial Summary Judgment must be filed by
10  February 25, 2014 and will be served electronically and by overnight delivery.

11  3. The hearing on Plaintiff's Motion for Partial Summary Judgment currently scheduled
12  for February 28, 2014 shall be held at the earliest convenience of the Court following
13  the completion of the briefing on the Motion, and the Case Management Conference
14  currently scheduled for February 28, 2014 shall take place on the same day as the
15  hearing on Plaintiff's Motion for Partial Summary Judgment.

16  4. The deadline for completion of non-expert discovery shall be extended to March 31,
17  2014.

18  5. The deadline for the Parties to complete their expert designations shall be extended to
19  April 11, 2014.

1  Dated: January 30, 2014                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
2

3                                             By:  /s/ Koray J. Bulut
                                                     Koray J. Bulut
4
                                              Attorneys for Defendants
5                                             SKS OCULAR, LLC, SKS OCULAR 1,
                                              LLC, JASON SLAKTER, and GLENN
6                                             STOLLER

7
   Dated: January 30, 2014                    SV EMPLOYMENT LAW FIRM
8

9                                             By:  /s/ Kevin A. Mills
                                                     Kevin A. Mills
10                                            Attorneys for Plaintiff
                                              JEANMARIE GUENOT
11

12

13

14        Based upon the above stipulation and for good cause appearing, IT IS SO ORDERED.

15

16  Dated:  1/31  , 2014

17                                            By: _____
                                              HONORABLE SUSAN ILLSTON
18                                            United States District Court

Mo + cmc set
3/14/14 @ 9 + 3, respectively

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Koray J. Bulut, am the ECF User whose identification and password are being used to file the **Joint Stipulation and [Proposed] Order Further Extending Briefing Schedule Re Plaintiff's Motion For Partial Summary Judgment and for Modification of Pretrial Preparation Order.** In compliance with General Order 45.X.B, I hereby attest that each of the signatories above has concurred and authorized this filing.

Dated: January 30, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/ Koray J. Bulut_____
       Koray J. Bulut

Attorneys for Defendants
SKS OCULAR, LLC, SKS OCULAR 1, LLC, JASON SLAKTER, and GLENN STOLLER

JOINT STIP & [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR MSJ & MODIFICATION OF PRETRIAL PREPARATION ORDER
CASE NO. CV 13 1875(SI)

-4-